**FILED**

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0621

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 21-0621

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRITTNEY ANN ALLEN,

      Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 7, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 7 2022